AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CliC Goggles, Inc. and CliC Eyewear, Inc. <br><br> *Plaintiff(s)* <br> v. <br><br> Palm Beach Accessories, Inc. <br><br> *Defendant(s)* | Civil Action No. 0:23-cv-62236-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
　　Palm Beach Accessories, Inc.  
　　c/o Registered Agent, Gregg Friedman  
　　601 Jim Moran Blvd.  
　　Deerfield Beach, FL  33442

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　Kelli A. Edson  
　　Quarles & Brady LLP  
　　101 East Kennedy Blvd., Suite 3400  
　　Tampa, FL  33602

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 27, 2023

Angela E. Noble  
Clerk of Court



SUMMONS

*s/ R. Bissainthe*  
Deputy Clerk  
U.S. District Courts