## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CliC Goggles, Inc. and CliC Eyewear Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Palm Beach Accessories, Inc., <br><br> Defendant. | Case No. 0:23-cv-62236 |

## PLAINTIFF CLIC EYEWEAR, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff CliC Eyewear, Inc. states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated this 6th day of December, 2023.     Respectfully submitted,

*/s/ Kelli A. Edson*
Kelli A. Edson
Florida Bar No. 179078
QUARLES & BRADY LLP
101 East Kennedy Blvd., Suite 3400
Tampa, FL  33602
Tel.: 813.387.0300
Fax: 813.387.1800
Kelli.Edson@quarles.com
Lauren.Gibson@quarles.com
DocketFL@quarles.com

Lori Ruhly (*Pro hac vice forthcoming*)
Kristin Graham Noel (*Pro hac vice forthcoming*)
Bryce A. Loken (*Pro hac vice forthcoming*)
QUARLES & BRADY LLP
33 E. Main Street, Suite 900
Madison, WI 53703-3095
Tel.: 608.251.5000
Fax: 608.251.9166
Lori.Ruhly@quarles.com
Kristin.Noel@quarles.com
Bryce.Loken@quarles.com

*Attorneys for Plaintiffs*

QB\85962407.1