UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-62236-JB

CLIC GOGGLES, INC., CLIC
EYEWEAR INC. and EYEWEAR
FROM BARCELONA, S.L.,

       Plaintiff,

v.

PALM BEACH ACCESSORIES,

       Defendant.
_____/

**ORDER OF REFERRAL TO CONDUCT SETTLEMENT CONFERENCE**

**THIS ACTION** is hereby **REFERRED** to Chief United States Magistrate Judge Edwin G. Torres to conduct a settlement conference. ALL parties and their counsel are required to attend the settlement conference. The date and manner in which the conference will be held will be set by Judge Torres.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of November, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**